**UNITED STATES COURT OF APPEALS**
**FOR THE**
Twelfth Court of Appeals

Inez Manigault
Twelfth Court of Appeals

Case No: 12-14-00156-CV

      Appellant

vs.

Trial Court Case No:
C1228525

Jane Thorn-Henderson

      Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 13 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

---

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

The Appellant, Inez Manigault, moves this court to extend the time for filing the Initial Brief, and as grounds therefore, states:

1. Recently received the Reporter's Record. Due to confusion to quoted cost. The initial date of extension date granted by the court to pay for the Reporter's Record was obeyed on February 27, 2015, $697.50, was paid. However, a different amount of $80.00 dollars was added to the amount

2. The issues in this case are complex and involve Constitutionality of out of-state statue unfamiliar to the pro se litigant

3. Additional time is necessary to prepare a Brief.

4. The undersigned, requests additional time in which to file the Initial Brief, so that the Initial Brief shall be due on or before May 30, 2015.

5. There will be no prejudice to Appellee in granting this request for extension of time to file the Initial Brief. Appellee was contacted on March 26, 2015.

6. This Motion is made in good faith, and not merely

for purpose of delay.

Appellant contacted opposing attorney. Please find enclosed e-mail from opposing attorney. No further contact or information received from attorney.

I HEREBY CERTIFFY, that a true and correct copy of the foregoing has been furnished via U. S. Mail to Esquire,

Inez Manigault (Pro Se)
P. O. Box 81922
Atlanta, Georgia 30366
678) 547-3914


Cc: Adam B. Allen
    White Shaver, PC
    205 West Locust Street
    Tyler, Texas 75702

2



## brief extension

2 messages

---

**Inez Manigault** <inezmanigault@gmail.com>
To: AAllen@whiteshaverlaw.com
         Fri, Mar 27, 2015 at 8:34 PM

Dear Attorney Allen:

I am writing to ask your position on another extension to file the original brief. As you are aware, Ms. Parks, recently filed the recorder's record with the Courts. The amount requested in February was paid. A different amount was quoted, after this amount was paid.

I would need some time to review the record, and prepare my brief. The request would ask the court, to extend through May 15, 2015.

Thank you,       ——

s/s Inez Manigault

---

**Adam Allen** <AAllen@whiteshaverlaw.com>
To: Inez Manigault <inezmanigault@gmail.com>
         Fri, Mar 27, 2015 at 9:14 PM

Ms. Manigault,

I'll need to confer with my client before I agree to another extension. I recognize your situation, and the same will be communicated, but I cannot agree to another extension without prior authorization.

Thank you,

Adam Allen

Sent from my iPad
[Quoted text hidden]